# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ASSOCIATION OF CAR WASH OWNERS INC., et al.,

                     Plaintiffs,

         -against-

CITY OF NEW YORK, et al.,
                     Defendants.
------------------------------------------------------------X

**15 CIVIL** 8157 (AKH)

**JUDGMENT**

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/2017

Whereas both sides having moved for dispositive relief: plaintiffs for partial summary judgment that Local Law 62 is preempted by federal and New York State laws, and Defendants for judgment dismissing the complaint, and the matter having come before the Honorable Alvin K. Hellerstein, United States District Judge, and the Court, on June 20, 2017, having rendered its Amended Order granting plaintiffs' motion as to federal preemption of Section 20-542(b)(1) of Local Law 62, and denying Defendants' corresponding motion, that since the NLRA preempts Section 20-542(b)(1) of Local Law 62 and the Local Law is invalid, there is no reason to enjoin its enforcement, and declining to issue a preliminary injunction, granting defendants' motion for judgment on the pleadings, dismissing with prejudice plaintiffs' equal protection, due process, and Section 1983 claims, and dismissing without prejudice plaintiffs' state law preemption and Article 78 claims, and directing the Clerk to close the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Order dated June 20, 2017, plaintiffs' motion as to federal preemption of Section 20-542(b)(1) of Local Law 62 is granted, and defendants' corresponding motion is denied; since the NLRA preempts Section 20-542(b)(1) of Local Law 62 and the Local Law is invalid, there is

no reason to enjoin its enforcement, and the Court declines to issue a preliminary injunction; defendants' motion for judgment on the pleadings is granted, dismissing with prejudice plaintiffs' equal protection, due process, and Section 1983 claims, and dismissing without prejudice plaintiffs' state law preemption and Article 78 claims; accordingly, the case is closed.

**Dated:** New York, New York
       June 20, 2017

RUBY J. KRAJICK
**Clerk of Court**
BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 6/20/2017